IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| QUWAN J. SHIELDS, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 3:12-CV-1900-N |
| | § | |
| WELLS FARGO BANK NA, | § | |
| | § | |
| Defendant. | § | |

ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.  Accordingly, *Defendant's Motion to Reurge Defendant's Motion to Dismiss Plaintiffs' First and Second Amended Complaints*, filed August 17, 2012 (doc. 14) is **GRANTED.** By separate judgment, Plaintiffs' claims against Defendant for quiet title and trespass to try title, as well as any claims for wrongful foreclosure, breach of contract, violations of RESPA, and violations of 12 U.S.C. § 1707 *et seq.*, 38 U.S.C. § 3701 *et seq.*, and 42 U.S.C. § 1472(h) will be dismissed with prejudice for failure to state a claim upon which relief can be granted.

**SIGNED** this 11th day of March, 2013.

_____
DAVID GODBEY
UNITED STATES DISTRICT JUDGE